SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

SEPTEMBER 25, 2002

No. 02–6525 (02A260). IN RE BUELL. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 01–10584 (02A250). KING v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 02–6513 (02A257). BUELL v. ANDERSON, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 26, 2002

No. 02–282. HINCKLEY TOWNSHIP TRUSTEES ET AL. v. WERSHING. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

OCTOBER 1, 2002

No. 01–653. FEDERAL COMMUNICATIONS COMMISSION v. NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL.; and
No. 01–657. ARCTIC SLOPE REGIONAL CORP. ET AL. v. NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL. C. A. D. C. Cir. [Certiorari granted, 535 U. S. 904.] Motion of respondents NextWave Personal Communications Inc. et al. for leave to file supplemental appendix denied.